IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARTIN L. BLACKWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:19-cv-00002-MTT-CHW |
| | : | |
| ALETA GARDNER, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

## ORDER

Plaintiff Martin L. Blackwell, an inmate presently confined at Washington State Prison, has filed a *pro se* civil rights complaint asserting claims under 42 U.S.C. § 1983. (Doc. 10). Consistent with a prior court order, (Doc. 13), efforts have been made to render service upon Defendant Aleta Gardner. To date, however, the Court has been unable to serve Defendant Gardner based on the information provided by Plaintiff.

Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on the Court to effect service. "*In forma pauperis* litigants should be entitled to rely on the court officers and United States Marshals to effect proper service, and should not be penalized for failure to effect service where such failure is not due to fault on the litigant's part." *Fowler v. Jones*, 899 F.2d 1088, 1095 (11th Cir. 1990). Even so, *in forma pauperis* litigants may not remain silent and do nothing to help effectuate service of process. *Id*. At a minimum, *in forma pauperis* litigants should request service upon the appropriate defendants and attempt to remedy any apparent service defects of which he has knowledge. *Id*.

Accordingly, Plaintiff is hereby **NOTIFIED** that the Court received an unexecuted process receipt and return for Defendant Gardner on July 15, 2019, indicating that Defendant Gardner is

1

"no longer employed" at Washington State Prison. (Doc. 15). If Plaintiff wishes to pursue his claims against Defendant Gardner, Plaintiff is **DIRECTED** to remedy the apparent service defect concerning the Defendant by providing the Court with additional information, such as a current mailing address, so that the Court may continue its efforts to effect service in the above-styled case on Plaintiff's behalf.

**SO ORDERED**, this 17th day of July, 2019.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge