IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARTIN L BLACKWELL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:19-cv-00002 (MTT)(CHW) |
| | : | |
| **ALETA GARDNER**, | : | Proceedings Under 42 U.S.C. § 1983 |
| **Defendants.** | : | Before the U.S. Magistrate Judge |
| _____ | : | |

### ORDER FOR SERVICE OF SUBPOENA

Plaintiff Martin L. Blackwell, an inmate presently confined at Washington State Prison, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). Because Plaintiff is proceeding *in forma pauperis*, this Court has made efforts to serve Defendant Dr. Aleta Gardner on Plaintiff's behalf. *See* (Docs. 12, 14, 15). Those efforts were not successful, as they resulted in the return of a process receipt indicating that Defendant Gardner is "no longer employed" at Washington State Prison. (Doc. 15-1, p. 1).

The Court then directed Plaintiff to provide additional service information as to Defendant Gardner. (Doc. 16). In response, Plaintiff informed the Court that he "see[s] Dr. Aleta Gardner everyday" at Washington State Prison. (Doc. 17, p. 1). The record thus reveals a factual dispute regarding Defendant Gardner's current place of employment.

In light of this apparent factual dispute, the Court construes Plaintiff's renewed service request (Doc. 17) as a motion for subpoena under Rule 45 of the Federal Rules of Civil Procedure. That motion for subpoena is **GRANTED**. The Clerk of Court is **DIRECTED** to issue a subpoena to the Custodian of Records of Washington State Prison located at 13262 Highway 24 East, Davisboro, GA 31018, directing the production of: Documents reflecting the full name of, and any available service address for, Dr. Aleta Gardner.

1

The subpoena shall be served by the United States Marshals Service along with a copy of this Order, and it shall direct the recipient to produce the above-listed information for the inspection of the Court at the United States District Court for the Middle District of Georgia, Macon Division, 475 Mulberry Street, Macon, Georgia, within **TWENTY-ONE (21) DAYS** of the date of this Order.

Should the recipient provide a home service address for Defendant Gardner, then the Clerk of Court is directed to file that address under seal, and to make it available to Court personnel only. If the recipient of the subpoena chooses to file a home address electronically, then he or she should file using the "ex parte document" event, followed by "response to court order" in order, to protect the Defendant's privacy.

**SO ORDERED**, this 31st day of July, 2019.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge