**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **MARTIN L. BLACKWELL,** )<br>)<br>)<br>**Plaintiff.** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**ALETA GARDNER** )<br>)<br>)<br>)<br>**Defendant.** )<br>_____ ) | **CIVIL ACTION NO. 5:19-cv-2 (MTT)** |

**ORDER**

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United

States Magistrate Judge Charles H. Weigle ordered that Plaintiff Blackwell's claims

against Defendant Gardner for deliberate indifference to medical needs and First

Amendment retaliation, both based on the Defendant's allegedly withholding medical

treatment, may proceed for further factual development.  Doc. 13 at 8-9.  The

Magistrate Judge recommends dismissing the deliberate indifference to serious medical

needs claims arising out of the Defendant's alleged failure to obtain scan results and

failure to determine the cause of the Plaintiff's inflammation.  *Id.* at 7-9.  The Plaintiff has

not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the

Recommendation for clear error.  After review, the Court accepts and adopts the

findings, conclusions, and recommendations of the Magistrate Judge.  The

Recommendation (Doc. 13) is **ADOPTED** and made the Order of the Court.

Accordingly, the Plaintiff's deliberate indifference claims for failure to obtain scan results

-2-

and failure to determine the cause of his inflammation are **DISMISSED** without

prejudice.  The only remaining claims are for deliberate indifference to serious medical

needs and First Amendment retaliation, both based on the Defendant's alleged

withholding of medical treatment.

      **SO ORDERED**, this 12th day of August, 2019.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT