IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARTIN L. BLACKWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:19-cv-00002-MTT-CHW |
| | : | |
| ALETA GARDNER, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |
| | : | |

## REPORT AND RECOMMENDATION

In March 2020, the Court entered judgment against Plaintiff Martin L. Blackwell in this Section 1983 action. (Docs. 50, 51). The Court's judgment was premised upon a finding that Plaintiff had failed to exhaust his administrative remedies before commencing this lawsuit, as required by the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a). Accordingly, the Court granted the Defendant's motion to dismiss on that basis.

Plaintiff has now filed a motion referencing multiple subdivisions of Rule 60(b) of the Federal Rules of Civil Procedure. (Doc. 55). Plaintiff asserts that the Court "made a mistake when they dismiss[ed] Plaintiff['s] case for not exhausting administrative remedies," because "Plaintiff has filed several grievances … that the courts have not look[ed] at." (Doc. 55, p. 2). Plaintiff further cites Rule 26, arguing that he has a right to "anything … 'relevant' to my claim or defense," and has attached to his Rule 60(b) motion a request for production of documents. (Doc. 55-1).

Upon the Defendant's filing of a motion to dismiss, the Court stayed discovery as to all issues except for the exhaustion of administrative remedies. (Doc. 35, p. 1). In accordance with the Federal Rules, and as explained in the Court's screening order, Plaintiff bore the duty to conduct discovery in this action. (Doc. 11, pp. 10–11). Insofar as Plaintiff failed to discharge that

1

duty and now alleges that probative, discoverable documents might exist, Plaintiff's failure to conduct discovery does not constitute a judicial mistake or otherwise give any cause for vacating the Court's final judgment in this action.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion for relief from judgment (Doc. 55) be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation, or seek an extension of time to file objections, <u>WITHIN FOURTEEN (14) DAYS</u> after being served with a copy thereof. The District Judge will make a *de novo* determination of those portions of the Recommendation to which objection is made. All other portions of the Recommendation may be reviewed for clear error.

The parties are further notified that, pursuant to Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."

**SO RECOMMENDED**, this 22nd day of October, 2020.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge