**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **MARTIN L. BLACKWELL,** | ) |
| | ) |
| **Plaintiff.** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO. 5:19-cv-2 (MTT)** |
| | ) |
| **ALETA GARDNER** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Martin Blackwell's motion for relief from judgment.  Doc. 62.  Blackwell objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation de novo. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 62) is **ADOPTED** and made the Order of the Court, and Blackwell's motion for relief from judgment (Doc. 61) is **DENIED**.

**SO ORDERED**, this 22nd day of April, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT