IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTIN L. BLACKWELL, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-2 (MTT) |
| | ) |
| ALETA GARDNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff Martin L. Blackwell moves for the Court to appoint counsel. Doc. 69. Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." Nevertheless, "[a]ppointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). Rather, "it is a privilege that is justified only by exceptional circumstances." *Id*. In deciding whether legal counsel should be provided, the Court considers, among other factors, the merits of the plaintiff's claim and the complexity of the issues presented. *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989).

Although Blackwell argues counsel would assist him at trial, judgment has already been entered. The only remaining issue in this case is Blackwell's appeal of the Court's Order denying his motion for reconsideration, which does not involve complex legal issues. Further, Blackwell has not shown exceptional circumstances that justify appointment of counsel. His motion (Doc. 69) is therefore **DENIED**.

-2-

**SO ORDERED**, this 28th day of May, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT